```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-97-560 FCD |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING PETITION |
| v. | ) | FOR REVOCATION OF |
| | ) | SUPERVISED RELEASE |
| URIEL RAMIREZ CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Kenneth J. Melikian, Assistant United States Attorney, and with the concurrence of the United States Probation Office for the Eastern District of California, respectfully requests that this Court dismiss the petition for revocation of supervised release in the above-captioned case against defendant URIEL RAMIREZ CHAVEZ.  On March 23, 2005, the defendant was sentenced to a term of 48 months in prison, to be followed by 36 months of supervised release, in case number CR. S-04-053 FCD.

DATED: May 26, 2005            McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Kenneth J. Melikian

                               By
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney

1

1 <u>O R D E R</u>

2  IT IS ORDRED THAT the petition for revocation of supervised
3 release in the above-captioned case be and is hereby dismissed
4 against defendant URIEL RAMIREZ CHAVEZ.

6 DATED: May 27, 2005               <u>/s/ Frank C. Damrell Jr.</u>
                                   FRANK C. DAMRELL JR.
7                                   United States District Judge